BEFORE THE UNITED STATES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: VOLKSWAGEN "CLEAN" DIESEL LIABILITY LITIGATION

MDL No.

## PLAINTIFF CHRISTOPHER J. D'ANGELO'S MOTION FOR TRANSFER OF ACTIONS TO THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

Plaintiff Christopher J. D'Angelo respectfully moves this Panel, pursuant to 28 U.S.C. § 1407 and Rule 7.2(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, to transfer all currently filed federal cases in this litigation, and any subsequent "tag along" cases involving similar claims, to the Judge Fernando M. Olguin and Magistrate Judge Patrick J. Walsh of the United States District Court for the Central District of California.

Dated: September 22, 2015

Respectfully submitted,

MORRIS POLICH & PURDY LLP

By: _____/s/ Matthew L. Marshall_____
Matthew L. Marshall

1

mmarshall@mpplaw.com
David J. Vendler
dvendler@mpplaw.com
Kevin M. Pollack
kpollack@mpplaw.com
MORRIS POLICH & PURDY LLP
1055 W. Seventh Street, 24th Floor
Los Angeles, California 90017
Phone: (213) 891-9100
*Attorney for Plaintiff CHRISTOPHER J.
D'ANGELO and all those similarly situated*

## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**IN RE:** Volkswagen "Clean" Diesel
Liability Litigation

**MDL No.**

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that, on September 22, 2015, a copy of **PLAINTIFF CHRISTOPHER J. D'ANGELO'S MOTION FOR TRANSFER OF ACTIONS TO THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. SECTION 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the Electronic Mail Notice List.

Andrew G. Deisss, USB 7184
Brent A. Orozco, USB 9572
Diana Fay Bradley, USB 14603
Deiss Law, PC
10 West 100th South, Suite 700
Salt Lake City, UT 84101
Tel: (801) 433-0226
adeiss@deisslaw.com
borozco@deisslaw.com
dbradley@deisslaw.com

*Attorneys for Plaintiff, Evin F. Catlett and proposed class*

Richard M. Golomb, Esq.
Rubin M. Honik, Esq.
Kenneth J. Grunfeld, Esq.
David J. Stanoch, Esq.
Golomb & Honik, P.C.
1515 Market Street, Sutie 1100
Philadelphia, PA 19102
Tel: (215) 985-9177
Fax: (213) 985-4169
rgolomb@golombhonik.com
rhonik@golombhonik.com
kgrunfeld@golombhonik.com
dstanoch@holombhonic.com

*Attorneys for Plaintiff Michael Criston, on Behalf of Himself and All Others Similarly Situated*

Martis Ann Alex, SBN 77903
Daniel R. Leathers, Esq.
Brian R. Morrison, Esq.
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
malex@labaton.com
dleathers@labaton.com
bmorrison@labaton.com

Alexander M. Schack, Bar No. 99126
Natasha A. Naraghi, Bar No. 284711
Law offices of Alexander M. Schack
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Tel: (858) 485-6535
Fax: (858) 485-0608
alexschack@amslawoffice.com
natashanaraghi@amslawoffice.com

*Attorneys for Plaintiff David A. Bennett, individually and on behalf of all others similarly situated*

Steve W. Berman, Esq.
Hagens Berman Sobol Shapiro, LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel: (206) 623-0594
Fax: (206) 623-0594
steve@hbsslaw.com

*Attorneys for Plaintiffs Richard Draeger, Laima Zbojniewicz, Stanley and Janet Neill, Zoran and Doreen Baisch, Bernice Wimley, Jason Shapiro, Howard Ree, Daniel Chesler, Esther Myape Reyes, Neil Stevens, Matthew Kang, Jordon Mikelaitis, Bruce Goldstone, Scott Goldstone, Timothy Schoenfeld, Nicholas Messina, Johnny Hernandez, Kevin Sisti, Jr., Jeffrey Sandler, Michelle Smith, Janine Lovuolo, Helen Ciangiulli, Judith Shane, Johana Garcia, Mark Pastarnack, and John Lee, on behalf of themselves and those similarly situated*

David F. Sugerman, OSB No. 86298
David F. Sugerman Attorney, PC
707 SW Washington Street, Suite 600
Portland, Oregon 97205
Tel: (503) 228-6474
Fax: (503) 228-2556
david@davidsugerman.com

*Attorneys for Plaintiff Christopher Bricker, individually and on behalf of all others similarly situated*

Richard E. Donahoo, SBN 186957
Sarah L. Kokonas, SBN 262875
Judith L. Camilleri, SBN 282503
Donahoo & Associates
440 West First Street, Sutie 1901
Tustin, CA 92780
Tel: (714) 953-1010
Fax: (714) 953-1777
rdonahoo@donahoo.com
skokonas@donahoo.com
jcamilleri@donahoo.com

*Attorneys for Plaintiff Jorge Dell 'AQuilla and Carrie Ullmer, individually and on behalf of all others similarly situated*

Robert A. Clifford
Shannon Marie McNulty
Edward R. Moor
Clifford Law Offices, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
Tel: (312) 899-9090
rac@cliffordlaw.com
smm@cliffordlaw.com
erm@cliffordlaw.com

*Attorneys for Plaintiff Micah Doran & Peter Haralovich, individually and as representatives of all similarly situated persons*

Jordan L. Lurie, SBN 130013
jordan.lurie@capstonelawyers.com
Robert Kenneth Friedl, SBN 134947
robert.friedl@capstonelawyers.com
Tarek H. Zohdy, SBN 247775
tarek.zohdy@capstone lawyers.com
Cody R. Padgett, SBN 275553
Capstone Law, APC
1840 Century Park East, Suite 450
Los Angeles, CA 90067
Tel: (310) 556-4811
Fax: (310) 943-0396

*Attorneys for Plaintiff Paul Karcsay, individually and on behalf of a class of similarly situated individuals*

Kessler Topaz Meltzer & Check, LLP
Eli R. Greenstein, SBN 217945
egreenstein@ktmc.com
Stacey M. Kaplan, SBN 241989
skaplan@ktmc.com
One Sansome Street, Sutie 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001

*Attorneys for Plaintiff Michael E. Johnson, Sr. and Michael E. Johnson, Jr., on behalf of themselves and all others similarly situated*

Eric H. Gibbs, SBN 17658
Andre M. Mura, SBN 298541
Scott M. Grzenczyk, SBN 279309
Steve Lopez, SBN 300540
Girard Gibbs, LLP
One Kaiser Plaza, Suite 1125
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
ehg@girardgibbs.com
amm@girardgibbs.com
smg@girardgibbs.com
sal@girardgibbs.com

Elizabeth C. Pritzker, SBN 146267
Jonathan K. Levine, SBN 220289
Shiho Yamamoto, SBN 254741
Pritzker Levine, LLP
180 Grand Avenue, Sutie 1390
Oakland, CA 94612
Tel: (415) 692-0772
Fax: (415) 366-6110
ecp@pritzkerlevine.com
sy@pritzkerlevine.com

*Attorneys for Plaintiff Warren Lau and Elaine Herman, on behalf of themselves and all others similarly situated*

Jay J. Rice, Esq.
Bruce H. Nagel, Esq.
Diane E. Sammons, Esq.
Randee Matloff, Esq.
Nagel Rice, LLP
103 Eisenhower Parkway
Roseland, NJ 07068
Tel: (973) 618-0400
jrice@nagelrice.com
bnagel@nagelrice.com
dsammons@nagelrice.com
rmatloff@nagelrice.com

*Attorneys for Plaintiff Ari Levin, on behalf of himself and all other persons similarly situated*

Richard D. McCune, Jr., SBN 132124
rdm@mccunewright.com
David C. Wright, SBN 177468
dcw@mccunewright.com
Jae (Eddie) K. Kim, SBN 236805
jkk@mccunewright.com
McCune Wright, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Tel: (909) 557-1250
Fax: (909) 557-1275

Chimicles & Tikellis, LLP
Joseph G. Sauder (#03079-1998)
jgs@chimicles.com
Matthew D. Schelkopf (#03079-2002)
mds@chimicles.com
361 West Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
Fax: (610) 649-3633

*Attorneys for Plaintiff Todd Mitsuda, on behalf of himself and all others similarly situated*

Steve W. Berman, Esq.
Thomas E. Loeser, SBN 202724
Hagens Berman Sobol Shapiro, LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com

Scott P. Schlesinger, FBN 444952
Jeffrey Louis Haberman, FBN 98522
Jonathan Gdanski, FBN 0032097
Schlesinger Law Offices, P.A.
1212 SE Third Avenue
Ft. Lauderdale, FL 33316
Tel: (954) 320-9507
Fax: (954) 320-9509
scott@schlesingerlaw.com
jhaberman@schlesingerlaw.com
jgdanski@schlesingerlaw.com

*Attorneys for Plaintiff Lisa K. Lowrance, individually and on behalf of all others similarly situated*

Robert L. Starr, 183052
robert@starrlaw.com
Adam Morris Rose, 210880
adam@starrlaw.com
Law Offices of Robert L. Starr, APC
23277 Ventura Boulevard
Woodland Hills, CA 91364-1002
Tel: (818) 225-9040
Fax: (818) 225-9042

Stephen M. Harris, 110626
stephen@smh-legal.com
Law office of Stephen M. Harris, APC
6320 Canoga Avenue, Sutie 1500
Woodland Hills, CA 91367
Tel: (818) 924-3103
Fax: (818) 924-3079

*Attorneys for Plaintiff Gerald Netkin, individually and on behalf of a class of similarly situated individuals*

Peter B. Fredman
Law Offices of Peter Fredman
125 University Ave., Suite 102
Berkeley, CA 94710
Tel: (510) 868-2626
Fax: (510) 868-2627

*Attorneys for Plaintif David Fiol, on behalf of himself and all others similarly situated*

Girardi Keese
Thomas V. Girardi, SBN 36603
tgirardi@girardikeese.com
Alexandra T. Steele, SBN 291399
asteele@girardikeese.com
Joseph Robert Finnerty, SBN 298678
jfinnerty@girardikeese.com
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel: (213) 977-0211
Fax: (213) 481-1554

*Attorneys for Plaintiff Allison C. Steele, on behalf of herself and all others similarly situated*

W. Lewis Garrison, Jr.
lewis@hgdlawfirm.com
Christopher B. Hood
chood@hgdlawfirm.com
Taylor C. Bartlett
taylor@hgdlawfirm.com
Henninger Garrison Davis,k LLC
2224 First Avenue North
Birmingham, AL 35203
Tel: (205) 326-3336
Fax: (205) 326-3332

Dennis A. Mastando, ASB-0893-X32B
Eric J. Artrip, ASB-9763-168E)
Mastando & Artrip, LLC
301 Washington Street, Suite 302
Huntsville, Alabama 35801
Tel: ((256) 532-2222
Fax: (256) 513-7489
tony@mastandoartrip.com
artrip@mastandoartrip.comj

*Attorneys for Plaintiff Michelle Davis Redmond, individually and on behalf of all others similarly situated*

Eric H. Gibbs, SBN 178658
ehg@girardgibbs.com
Andre M.Mura, SBN 298541
amm@girardgibbs.com
Scott M. Grzenczyk, SBN 2779309
SMG@girardgibbs.com
Steve Lopez, SBN 300540
sal@giardgibbs.com
Girard Gibbs LLP
One Kaiser Plaza, Suite 1125
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701

*Attorneys for Plaintiff Keith Walker, on behalf of himself and others similarly situated*

Hon. JOHN ENGLAND, III
Hon. Hugo L. Black
United States Courthouse
1729 5th Avenue North
Birmingham, AL 35203
Main: 205.278.1700

James Francis McDonough , III
 GA Bar No. 117088
jmcdonough@hghlawfirm.com
Heninger AGarrison Davis, LLC
3621Vinings Slope, Suite 4320
Atlanta, GA 30339
Tel: (404) 996-0869
Fax: (205) 326) 326-3332

*Attorneys for Planitiff Warren Manufacturing, Incorporated, Warren Truck and Trailer, Incorporated, Warren Incorporated, Warren Truck and Traier, LLC, individually and on behalf of all others similarly situated*

Hon. MADELINE HUGHES HAIKALAUnited States Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. DEAN D. PREGERSON
USDC Central:
312 N. Spring St.
LA, CA 90012-4701

Hon. GEORGE H. WU
USDC Central:
312 N. Spring St.
LA, CA 90012-4701

Hon. FERNANDO M. OLGUIN|
USDC Central:
312 N. Spring St.
LA, CA 90012-4701

Hon. BEVERLY REID O'CONNELL
USDC Central:
312 N. Spring St.
LA, CA 90012-4701

USDC
255 East Temple Street
Los Angeles, CA 90012-3332

Hon. DAVID O. CARTER|
411 West Fourth Street, Room 1053
Santa Ana, CA 92701-4516

DONNA M. RYU
Oakland Courthouse, Courtroom 4 - 3rd Floor
1301 Clay Street, Oakland, CA 94612

Hon. BETH LABSON FREEMAN
San Jose Courthouse, Courtroom 3 - 5th Floor
280 South 1st Street, San Jose, CA 95113

Hon. PHYLLIS HAMILTON
USDC NORTHERN
Oakland Courthouse
1301 Clay Street, Oakland, CA 94612

Hon. LARRY ALAN BURNS
USDC SOUTHERN
333 West Broadway
San Diego, CA 92101

Hon. CYNTHIA BASHANT
USDC SOUTHERN DISTRICT
221 West Broadway
San Diego, CA 92101

| | |
|---|---|
| Hon. URSULA UNGARO<br>Wilkie D. Ferguson, Jr. United States Courthouse 400 North Miami Avenue<br>Miami, FL 33128 | Hon. HARRY D. LEINENWEBER<br>219 S Dearborn St<br>Chicago, IL 60604 |
| Hon. JOSE L. LINARES<br>New Jersey:<br>50 Walnut Street Room 4015<br>Newark, NJ 07101 | Hon. KEVIN MCNULTY<br>New Jersey:<br>50 Walnut Street Room 4015<br>Newark, NJ 07101 |
| Hon. PAUL PAPAK<br>Oregon:<br>1000 S.W. Third Ave<br>Portland, OR 97204 | Hon. DEE BENSON<br>Utah:<br>351 South West Temple, Rm. 1.100<br>Salt Lake City, UT 84101 |

Dated: September 22, 2015

/s/ Matthew L. Marshall
Matthew L. Marshall, Esq.
Morris Polich & Purdy LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA  90017
Telephone:  (213) 891-9100
Facsimile:  (213) 488-1178
mmarshall@mpplaw.com
***Attorney for Plaintiff, CHRISTOPHER D'ANGELO and all those similarly situated***