BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION MDL-_____ In re VOLKSWAGEN "CLEAN" DIESEL LIABILITY LITIGATION

AMENDED SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br><br>WARREN MANUFACTURING INCORPORATED, WARREN TRUCK AND TRAILER INCORPORATED, WARREN INCORPORATED, WARREN TRUCK AND TRAILER LLC INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARILY SITUATED<br><br>**Plaintiffs:**<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. | N.D. ALABAMA | 2:15-CV-01655 | JOHN ENGLAND, III |
| **Plaintiffs:**<br><br>MICHELLE DAVIS REDMOND INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARILY SITUATED<br><br>**Defendants:**<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. | N.D. ALABAMA (Northeastern) | 5:15-CV-01648 | MADELINE HUGHES HAIKALA |
| **Plaintiffs:**<br><br>GERALD NETKIN<br><br>**Plaintiffs:**<br><br>VOLKSWAGEN OF AMERICA, INC. | D. CALIFORNIA (Central) | 2:15-CV-07367 | DEAN D. PREGERSON |

| | | | |
|---|---|---|---|
| **Plaintiffs:**<br><br>TODD MITSUDA ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED<br><br>**Defendants:**<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.; VOLKSWAGEN OF AMERICA, INC.; VOLKSWAGEN AG | D. CALIFORNIA (Central) | 2:15-CV-07375 | GEORGE H. WU |
| **Plaintiffs:**<br><br>CHRISTOPHER J. D'ANGELO<br><br>**Defendants:**<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. | D. CALIFORNIA (Central) | 2:15-CV-07390 | FERNANDO M. OLGUIN |
| **Defendants:**<br><br>ALLISON C. STEELE<br><br>**Plaintiffs:**<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. | D. CALIFORNIA (Central) | 2:15-CV-07391 | BEVERLY REID O'CONNELL |
| **Plaintiffs:**<br><br>MICHAEL E. JOHNSON, SR. AND MICHAEL E. JOHNSON, JR. ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARILY SITUATED<br><br>**Defendants:**<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. | D. CALIFORNIA (Central) | 2:15CV-07394 | MARGARET MORROW |

| | | | |
|---|---|---|---|
| **Plaintiffs:**<br><br>KEITH WALKER<br><br>**Defendants:**<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.; VOLKSWAGEN AG | D. CALIFORNIA (Central) | 2:15-CV-07395 | NO JUDGE ASSIGNED |
| **Plaintiffs:**<br><br>JORGE DELL'AQUILA AND CARRIE ULLMER INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARILY SITUATED<br><br>**Defendants:**<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.; VOLKSWAGEN OF AMERICA, INC. | D. CALIFORNIA (Central) | 8:15-CV-01525 | DAVID O. CARTER |
| **Plaintiffs:**<br><br>DAVID FIOL<br><br>**Defendants:**<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. | N.D. CALIFORNIA | 4:15-CV-04278 | PHYLLIS J. HAMILTON |

3

| | | | |
|---|---|---|---|
| **Plaintiffs:**<br><br>NICHOLAS BENIPAYO, JONATHON HORACEK, DAVID GOODSON, JOHN HALLORAN, ANTHONY DEMARTINO, MELISSA BRACKEN, MELISSA FEDORCZYK, VAN HAYNES, MARK CARNETT, STEFANIE BEAUDREAULT, EMILY FISHER, SCOTT MOEN, PETAR RAMADANOVIC, REZEDA DOZIER, DAVID ANTELLOCY, ALFRED HOWE, DANIEL ROBINSON, JAMES BABIAK, KSHANTI GREENE, GRANT GALL, CHRISTOPHER MONROE, JOHN DULL, JOSHUA CAMPBELL<br><br>**Defendants:**<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. | N.D. CALIFORNIA | 4:15-CV-04314 | DONNA M. RYU |
| **Plaintiffs:**<br><br>WARREN LAU, ELAINE HERMAN<br><br>**Defendants:**<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.; VOLKSWAGEN AG | N.D. CALIFORNIA | 5:15-CV-04302 | BETH LABSON FREEMAN |
| **Plaintiffs:**<br><br>DAVID BENNETT INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARILY SITUATED<br><br>**Defendants:**<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. A NEW JERSEY CORPORATION | S.D. CALIFORNIA | 3:15-CV-02106 | LARRY ALAN BURNS |

| | | | |
|---|---|---|---|
| **Plaintiffs:**<br><br>PAUL KARCSAY INDIVIDUALLY AND ON BEHALF OF A CLASS SIMILARILY SITUATED INDIVIDUALS<br><br>**Defendants:**<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. A NEW JERSEY CORPORATION | S.D. CALIFORNIA | 3:15-CV-02110 | CYNTHIA BASHANT |
| **Plaintiffs:**<br><br>LISA K. LOWRANCE<br><br>**Defendants:**<br><br>VOLKSWAGEN AG; VOLKSWAGEN GROUP OF AMERICA, INC.; AUTONATION IMPORTS OF DELRAY BEACH, LLC | S.D. FLORIDA | 0:15-CV-61993 | URSULA UNGARO |
| **Plaintiffs:**<br><br>MICAH DORN, PETER HARALOVICH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARILY SITUATED<br><br>**Defendants:**<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. | N.D. ILLINOIS | 1:15-CV-08286 | HARRY D. LEINENWEBER |
| **Plaintiffs:**<br><br>ARI LEVIN ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED<br><br>**Defendants:**<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. A NEW JERSEY CORPORATION | D. NEW JERSEY | 2:15-CV-06985 | JOSE L. LINARES |

| | | | |
|---|---|---|---|
| **Plaintiffs:**<br><br>MICHAEL G. CRISTON ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED<br><br>**Defendants:**<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. | D. NEW JERSEY | 2:15-CV-06988 | KEVIN MCNULTY |
| **Plaintiffs:**<br><br>CHRISTOPHER BRICKER<br><br>**Defendants:**<br><br>VOLKSWAGEN GROUP OF AMERICA | D. OREGON | 3:15-CV-01785 | PAUL PAPAK |
| **Plaintiffs:**<br><br>EVIN F. CATLETT ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED<br><br>**Defendants:**<br><br>VOLKSWAGEN GROUP OF AMERICA A NEW JERSEY CORPORATION | D. UTAH | 2:15-CV-00681 | DEE BENSON |