# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re VOLKSWAGEN "CLEAN" DIESEL
LIABILITY LITIGATION                          MDL-2672

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff Christopher J. D'Angelo's Motion for Transfer of Actions, Brief in Support of Motion for Transfer and Exhibits, Amended Schedule of Actions, Reasons Why Oral Argument Should Be Heard and this Amended Certificate of Service was served by Hand Delivery to the following:

VOLKSWAGEN GROUP OF AMERICA, INC.
c/o Corporate Service Company
Agent for Service of Process
2710 Gateway Oaks, Suite 150N
Sacramento, CA 95833

I further hereby certify that a copy of the foregoing Plaintiff Christopher J. D'Angelo's Motion for Transfer of Actions, Brief in Support of Motion for Transfer and Exhibits, Amended Schedule of Actions, Reasons Why Oral Argument Should Be Heard and this Amended Certificate of Service were served by First Class Mail to the following:

| | |
|---|---|
| Andrew G. Deiss, USB 7184<br>Brent A. Orozco, USB 9572<br>Diana Fay Bradley, USB 14603<br>Deiss Law, PC<br>10 West 100th South, Suite 700<br>Salt Lake City, UT 84101<br>Tel: (801) 433-0226<br>adeiss@deisslaw.com<br>borozco@deisslaw.com<br>dbradley@deisslaw.com<br><br>*Attorneys for Plaintiff Evin F. Catlett and proposed class* | Richard M. Golomb, Esq.<br>Rubin M. Honik, Esq.<br>Kenneth J. Grunfeld, Esq.<br>David J. Stanoch, Esq.<br>Golomb & Honik, P.C.<br>1515 Market Street, Suite 1100<br>Philadelphia, PA 19102<br>Tel: (215) 985-9177<br>Fax: (213) 985-4169<br>rgolomb@golombhonik.com<br>rionik@golombhonik.com<br>kgrunfeld@golombhonik.com<br>dstanoch@golombhonik.com |

|  | *Attorneys for Plaintiff Michael Criston, on behalf of himself and all others similarly situated* |
|---|---|
| Steve W. Berman, *(pro hac vice)*<br>Thomas E. Loeser, Bar No. 202724<br>Hagens Berman Sobol Shapiro LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>Tel: (206) 623-7292<br>Fax: (206) 623-0594<br>steve@hbsslaw.com<br><br>Peter B. Fredman<br>Law Office of Peter Fredman<br>125 University Avenue, Suite 102<br>Berkeley, CA 94710<br>Tel: (510) 868-2626<br>Fax: (510) 868-2627<br><br>*Attorneys for Plaintiffs Nicholas Benipayo, Mark Carnett, Daniel Robinson, Jonathon Horacek, Stefanie Beaudreault, James Babiak, David Goodson, Emily Fisher, Kshanti Greene, John Halloran, Scott Moen, Grant Gall, Anthony Demartino, Petar Ramadanovic, Christopher Monroe, Melissa Bracken, Rezeda Dozier, John Dull, Melissa Fedorczyk, David Antellocy, Joshua Campbell, Van Haynes and Alfred Howe, on behalf of themselves and all others similarly situated* | Alexander M. Schack, Bar No. 99126<br>Natasha A. Naraghi, Bar No. 284711<br>Law Offices of Alexander M. Schack<br>16870 West Bernardo Drive, Suite 400<br>San Diego, CA 92127<br>Tel: (858) 485-6535<br>Fax: (858) 485-0608<br>alexschack@amslawoffice.com<br>natashanaraghi@amslawoffice.com<br><br>*Attorneys for Plaintiff David A. Bennett, individually and on behalf of all others similarly situated* |
| David F. Sugerman, OSB No. 86298<br>David F. Sugerman Attorney, PC<br>707 SW Washington Street, Suite 600<br>Portland, Oregon 97205<br>Tel: (503) 228-6474 | Richard E. Donahoo, SBN 186957<br>Sarah L. Kokonas, SBN 262875<br>Judith L. Camilleri, SBN 282503<br>Donahoo & Associates<br>440 West First Street, Suite 1901 |

2

| | |
|---|---|
| Fax: (503) 228-2556<br>david@davidsugerman.com<br><br>*Attorneys for Plaintiff Christopher Bricker, individually and on behalf of all others similarly situated* | Tustin, CA 92780<br>Tel: (714) 953-1010<br>Fax: (714) 953-1777<br>rdonahoo@donahoo.com<br>skokonas@donahoo.com<br>jcamilleri@donahoo.com<br><br>*Attorneys for Plaintiff Jorge Dell 'AQuilla and Carrie Ullmer, individually and on behalf of all others similarly situated* |
| Robert A. Clifford<br>Shannon Marie McNulty<br>Edward R. Moor<br>Clifford Law Offices, P.C.<br>120 N. LaSalle Street, Suite 3100<br>Chicago, IL 60602<br>Tel: (312) 899-9090<br>rac@cliffordlaw.com<br>smm@cliffordlaw.com<br>erm@cliffordlaw.com<br><br>*Attorneys for Plaintiff Micah Dorn & Peter Haralovich, individually and as representatives of all similarly situated persons* | Kessler Topaz Meltzer & Check, LLP<br>Eli R. Greenstein, SBN 217945<br>egreenstein@ktmc.com<br>Stacey M. Kaplan, SBN 241989<br>skaplan@ktmc.com<br>One Sansome Street, Suite 1850<br>San Francisco, CA 94104<br>Tel: (415) 400-3000<br>Fax: (415) 400-3001<br><br>*Attorneys for Plaintiff Michael E. Johnson, Sr. and Michael E. Johnson, Jr., on behalf of themselves and all others similarly situated* |
| Jordan L. Lurie, SBN 130013<br>jordan.lurie@capstonelawyers.com<br>Robert Kenneth Friedl, SBN 134947<br>robert.friedl@capstonelawyers.com<br>Tarek H. Zolidy, SBN 247775<br>tarek.zohdy@capstonelawyers.com<br>Cody R. Padgett, SBN 275553<br>Capstone Law, APC<br>1840 Century Park East, Suite 450<br>Los Angeles, CA 90067<br>Tel: (310) 556-4811<br>Fax: (310) 943-0396 | Eric H. Gibbs, SBN 17658<br>Andre M. Mura, SBN 298541<br>Scott M. Grzenczyk, SBN 279309<br>Steve Lopez, SBN 300540<br>Girard Gibbs, LLP<br>One Kaiser Plaza, Suite 1125<br>Oakland, CA 94612<br>Tel: (510) 350-9700<br>Fax: (510) 350-9701<br>ehg@girardgibbs.com<br>amm@girardgibbs.com<br>smg@girardgibbs.com |

| | |
|---|---|
| *Attorneys for Plaintiff Paul Karcsay, individually and on behalf of a class of similarly situated individuals* | sal@girardgibbs.com<br><br>Elizabeth C. Pritzker, SBN 14626<br>Jonathan K. Levine, SBN 220289<br>Shiho Yamamoto, SBN 254741<br>Pritzker Levine, LLP<br>180 Grand Avenue, Suite 1390<br>Oakland, CA 94612<br>Tel: (415) 692-0772<br>Fax: (415) 366-6110<br>ecp@pritzkerleyine.com<br>sy@pritzkerlevine.com<br><br>*Attorneys for Plaintiff Warren Lau and Elaine Herman, on behalf of themselves and all others similarly situated* |
| Jay J. Rice, Esq.<br>Bruce H. Nagel, Esq.<br>Diane E. Sammons, Esq.<br>Randee Matloff, Esq.<br>Nagel Rice, LLP<br>103 Eisenhower Parkway<br>Roseland, NJ 07068<br>Tel: (973) 618-0400<br>jrice@nagelrice.com<br>bnagel@nagelrice.com<br>dsammons@nagelrice.com<br>rmatloff@nagelrice.com<br><br>*Attorneys for Plaintiff Ari Levin, on behalf of himself and all other persons similarly situated* | Scott P. Schlesinger, FBN 444952<br>Jeffrey Louis Haberman, FBN 98522<br>Jonathan Gdanski, FBN 0032097<br>Schlesinger Law Offices, P.A.<br>1212 SE Third Avenue<br>Ft. Lauderdale, FL 33316<br>Tel: (954) 320-9507<br>Fax: (954) 320-9509<br>scott@schlsingerlaw.com<br>jhaberman@schlsingerlaw.com<br>jgdanski@schlesingerlaw.com<br><br>*Attorneys for Plaintiff Lisa K Lowrance, individually and on behalf of all others similarly situated* |
| Richard D. McCune, Jr., SBN 132124<br>rdm@mccunewright.com<br>David C. Wright, SBN 177468<br>dcw@mccunewright.com<br>Jae (Eddie) K. Kim, SBN 236805<br>jkk@mccunewright.com | Robert L. Starr, 183052<br>robert@starrlaw.com<br>Adam Morris Rose, 210880<br>adam@starrlaw.com<br>Law Offices of Robert L. Starr, APC<br>23277 Ventura Boulevard |

4

| | |
|---|---|
| McCune Wright, LLP<br>2068 Orange Tree Lane, Suite 216<br>Redlands, CA 92374<br>Tel: (909) 557-1250<br>Fax: (909) 557-1275<br><br>Chimicles & Tikellis, LLP<br>Joseph G. Sauder (#03079-1998)<br>jgs@chimicles.com<br>Matthew D. Schelkopf (#03079-2002)<br>mds@chimicles.com<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>Tel: (610) 642-8500<br>Fax: (610) 649-3633<br><br>*Attorneys for Plaintiff Todd Mitsuda, on behalf of himself and all others similarly situated* | Woodland Hills, CA 91364-1002<br>Tel: (818) 225-9040<br>Fax: (818) 225-9042<br><br>Stephen M. Harris, 110626<br>stepheng@smh-legal.com<br>Law Office of Stephen M. Harris, APC<br>6320 Canoga Avenue, Suite 1500<br>Woodland Hills, CA 91367<br>Tel: (818) 924-3103<br>Fax: (818) 924-3079<br><br>*Attorneys for Plaintiff Gerald Netkin, individually and on behalf of a class of similarly situated individuals* |
| Steve W. Berman, Esq.<br>Thomas E. Loeser, SBN 202724<br>Hagens Berman Sobol Shapiro, LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Tel: (206) 623-7292<br>Fax: (206) 623-0594<br>steve@hbsslaw.com<br><br>Peter B. Fredman<br>Law Offices of Peter Fredman<br>125 University Ave., Suite 102<br>Berkeley, CA 94710<br>Tel: (510) 868-2626<br>Fax: (510) 868-2627<br><br>*Attorneys for Plaintiff David Fiol, on behalf of himself and all others similarly situated* | Dennis A. Mastando, ASB-0893-X32B<br>Eric J. Artrip, ASB-9763-168E<br>Mastando & Artrip, LLC<br>301 Washington Street, Suite 302<br>Huntsville, Alabama 35801<br>Tel: (256) 532-2222<br>Fax: (256) 513-7489<br>tong@mastandoartrip.com<br>artrip@mastandoartrip.com<br><br>*Attorneys for Plaintiff Michelle Davis Redmond, individually and on behalf of all others similarly situated* |

| | |
|---|---|
| Girardi Keese<br>Thomas V. Girardi, SBN 36603<br>tgirardi@girardikeese.com<br>Alexandra T. Steele, SBN 291399<br>asteele@girardikeese.com<br>Joseph Robert Finnerty, SBN 298678<br>jfinnerty@girardikeese.com<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017<br>Tel: (213) 977-0211<br>Fax: (213) 481-1554<br><br>*Attorneys for Plaintiff Allison C. Steele, on behalf of herself and all others similarly situated* | Eric H. Gibbs, SBN 178658<br>ehg@girardgibbs.com<br>Andre M. Mura, SBN 298541<br>amm@girardgibbs.com<br>Scott M. Grzenczyk, SBN 2779309<br>smg@girardgibbs.com<br>Steve Lopez, SBN 300540<br>sal@giardgibbs.com<br>Girard Gibbs LLP<br>One Kaiser Plaza, Suite 1125<br>Oakland, CA 94612<br>Tel: (510) 350-9700<br>Fax: (510) 350-9701<br><br>*Attorneys for Plaintiff Keith Walker, on behalf of himself and others similarly situated* |
| W. Lewis Garrison, Jr.<br>lewis@hgdlawfirm.com<br>Christopher B. Hood<br>chood@hgdlawfirm.com<br>Taylor C. Bartlett<br>taylor@hgdlawfirm.com<br>Henninger Garrison Davis, LLC<br>2224 First Avenue North<br>Birmingham, AL 35203<br>Tel: (205) 326-3336<br>Fax: (205) 326-3332<br><br>James Francis McDonough , III<br>GA Bar No. 117088<br>jmcdonouhg@hghlawfirm.com<br>Henninger Garrison Davis, LLC<br>3621 Vinings Slope, Suite 4320<br>Atlanta, GA 30339<br>Tel: (404) 996-0869<br>Fax: (205) 326) 326-3332<br><br>*Attorneys for Plaintiff Warren* | *Defendant*<br>Volkswagen of America, Inc.<br>2200 Ferdinand Porsche Drive<br>Herndon, VA 20171 |

6

| | |
|---|---|
| *Manufacturing, Incorporated, Warren Truck and Trailer, Incorporated, Warren Incorporated, Warren Truck and Trailer, LLC, individually and on behalf of all others similarly situated* | |
| *Defendant*<br>Volkswagen AG<br>38436 Wolfsburg<br>Germany | *Defendant*<br>Autonation Imports of Delray Beach, LLC<br>2201 North Federal Highway<br>Delray Beach, FL 33483 |
| Clerk of Court<br>USDC Northern District of Alabama<br>1729 5th Avenue North<br>Birmingham, AL 35203 | Clerk of Court<br>USDC Central District of California<br>312 North Spring Street<br>Los Angeles, CA 90012 |
| Clerk of Court<br>USDC Central District of California<br>Western Division<br>255 East Temple Street<br>Los Angeles, CA 90012 | Clerk of Court<br>USDC Central District of California<br>Southern Division<br>411 West Fourth Street, Room 1053<br>Santa Ana, CA 92701 |
| Clerk of Court<br>USDC Northern District of California<br>Oakland Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Clerk of Court<br>USDC Northern District of California<br>San Jose Courthouse<br>280 1st Street<br>San Jose, CA 95113 |
| Clerk of Court<br>USDC Southern District of California<br>333 West Broadway<br>San Diego, CA 92101 | Clerk of Court<br>USDC Southern District of California<br>221 West Broadway<br>San Diego, CA 92101 |

7

| Clerk of Court<br>USDC Southern District of Florida<br>Wilkie D. Ferguson, Jr. United States Courthouse<br>400 North Miami Avenue<br>Miami, Florida  33128 | Clerk of Court<br>USDC Northern District of Illinois<br>219 South Dearborn Street<br>Chicago, IL 60604 |
|---|---|
| Clerk of Court<br>USDC District of New Jersey<br>50 Walnut Street, Room 4015<br>Newark, NJ 07101 | Clerk of Court<br>USDC District of Oregon<br>1000 S.W. Third Ave.<br>Portland, OR 97204 |
| Clerk of Court<br>USDC District of Utah<br>351 South West Temple, Rm. 1.100<br>Salt Lake City, UT 84101 | |

Dated: September 24, 2015          /s/ David J. Vendler
                                                       David J. Vendler
                                                       dvendler@mpplaw.com
                                                       Kevin M. Pollack
                                                       kpollack@mpplaw.com
                                                       MORRIS POLICH & PURDY LLP
                                                       1055 W. Seventh Street, 24th Floor
                                                       Los Angeles, California 90017
                                                       Phone:  (213) 891-9100

                                                       *Attorney for Plaintiff CHRISTOPHER J. D'ANGELO and all those similarly situated*