BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

_____

IN RE VOLKSWAGEN "CLEAN"
DIESEL LIABILITY LITIGATION        MDL DOCKET NO. 2672

_____

# SECOND AMENDED PROOF OF SERVICE

I hereby certify that I caused to be served copies of the foregoing Plaintiffs Brewitt, Thomas, Sekul, and Abdalla's Motion for Transfer of Related Actions To The Eastern District of Virginia, Alexandria Division and this Proof of Service as indicated below on September 28, 2015 to the following:

**Via U.S. Mail**:

Audi AG
Inglostadt
Bayern 85057
Germany

Audi USA
2200 Ferdinand Porsche Dr.
Herndon, VA 20171

Volkswagen Group of America, Inc.
2200 Ferdinand Porsche Dr.
Herndon, VA 20171

Volkswagen AG
P.O. Box 1849
D-38436 Wolfsburg
Germany

Alabama – Northern District

U.S. District Clerk
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL 35203

California – Western Division – Central District

U.S. District Court
Central District of California
255 East Temple Street
Los Angeles, CA 90012-3332

California – Eastern District

U.S. District Clerk
George E. Brown Jr. Courthouse
3470 Twelfth Street
Riverside, CA 92501-3801

California – Northern District

United States District Court
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

California – Southern District

Clerk of Court
U.S. District Court, Southern District of California
333 West Broadway
Suite 420
San Diego, CA 92101

Florida – Middle District

Clerk of Court
U.S. Courthouse
2110 First Street
Ft. Myers, Florida 33901

Florida – Southern District

Paul G. Rogers Federal Building
701 Clematis Street
West Palm Beach, FL 33401

Georgia – Middle District

Clerk of Court
115 East Hancock Avenue

Athens, Georgia 30601

Georgia – Northern District

Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Illinois – Southern District

U.S. District Courthouse
750 Missouri Avenue East
St. Louis, IL 62201

Iowa – Southern District

U.S. District Clerk
Southern District of Iowa
123 East Walnut Street
Suite 300
Des Moines, IA 50309

District of Kansas

U.S. District Clerk
U.S. District Court for District of Kansas
500 State Avenue
Kansas City, KS 66101

Kentucky – Western District

U.S. District Clerk
U.S. District Court for the Western District of Kentucky
601 W. Broadway
Louisville, KY 40202

District of Massachusetts

U.S. District Clerk
U.S. District Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Michigan – Eastern District

U.S. District Clerk
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd, Room 564
Detroit, MI 48226

Missouri – Western District

U.S. District Clerk
Charles Evans Whittaker Courthouse
400 East 9th Street
Kansas City, MS 64106

District of New Jersey

U.S. District Clerk
Martin Luther King Building and Courthouse
50 Walnut Street
Room 4015
Newark, NJ 07101

New York – Eastern District

U.S. District Clerk
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

North Carolina – Western District

U.S. District Clerk
U.S. Courthouse for the Western District of North Carolina
100 Otis Street, Room 309
Asheville, NC 28801

Ohio – Northern District

U.S. District Clerk
John F. Seiberling Federal Building
2 South Main Street
Akron, Ohio 44308

Ohio – Southern District
U.S. District Clerk
Potter Stewart U.S. Courthouse
Room 103
100 East Fifth Street
Cincinnati, Ohio 45202

Tennessee – Eastern District

U.S. District Clerk
Joel W. Solomon Federal Building U.S. Courthouse
900 Georgia Avenue
Chattanooga, TN 37402

Texas – Southern District

U.S. District Clerk for the Southern District of Texas
U.S. District Courthouse
1133 N. Shoreline Blvd #208
Corpus Christi, TX 78401

Utah – Central District

U.S. District Clerk for the Central District of Utah
U.S. District Courthouse
351 South West Temple
Salt Lake City, Utah 84101

**Via Email**

Alabama – Northern District

Lucus v Volkswagen Group of America 5:15-CV-01672:
Dargan Manner Ware
Davis & Norris LLP
2154 Highland Avenue South
Birmingham, AL 35205
205-930-9989
dware@davisnorris.com

California – Western Division – Central District

Yell v Volkswagen Group of America 2:15-CV-07429
Kenneth S. Kasdan
Kasdan Lipp Smith Weber Turner LLP
500 S. Grand Avenue, Suite 1310

Los Angeles, CA 90071
213-254-4800
kskasdan@kasdansimonds.com

Macaulty v Volkswagen Group of America 2:15-CV-07430
Adrian Robert Bacon
Law Offices of Todd Friedman PC
8730 Wilshire Boulevard, Suite 310
Beverly Hills, CA 90212
877-206-4741
abacon@attorneysforconsumers.com

David Levi Weisberg
Kristensen Weisberg LLP
12304 Santa Monica Boulevard, Suite 100
Los Angeles, CA 90025
310-507-7924
david@kristensenlaw.com

Stricklin v Volkswagen Group of America 2:15-CV-07431
Benjamin Galdston
Bernstein Litowitz Berger and Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
858-798-0323
beng@blbglaw.com

Temkin v Volkswagen Group of America 2:15-CV-07432
Matthew J. Preusch
Keller Rohrback LLP
1129 State Street, Suite 8
Santa Barbara, CA 92101
805-456-1496
mpreusch@kellerrohrback.com

Giauque v Volkswagen Group of America 2:15-CV-07473
Mark P. Robertson, Jr
Robertson Calcagnie Robertson Shapiro Davis Inc
19 Corporate Plaza Drive
Newport Beach, CA 92660
949-720-1288
mrobinson@rcrsd.com

Weiss v Volkswagen Group of America 2:15-CV-07474
Alfredo Torrijos
Arias Sanguinetti Stable & Torrijos LLP

6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
310-844-9696
alfredo@asstlawyers.com

Crosson v Volkswagen Group of America 2:15-CV-07475
Matthew J. Preusch
Keller Rohrback LLP
1129 State Street, Suite 8
Santa Barbara, CA 92101
805-456-1496
mpreusch@kellerrohrback.com

California – Eastern District

Hendricks v Volkswagen Group of America 5:15-CV-01948
Stuart M. Eppsteiner
Eppsteiner and Fiorica Attorneys LLP
12555 High Bluff Drive, Suite 155
San Diego, CA 92130
858-350-1500
sme@eppsteiner.com

California – Northern District

Hall v Volkswagen Group of America 4:15-CV-04340
William M. Audet
Audet & Partners, LLP
711 Van Ness, Suite 500
San Francisco, CA 94102-3229
415-568-2555
waudet@audetlaw.com

California – Southern District

Handal v Volkswagen Group of America 3:15-CV-02127
Jeffrey R. Krinsk
Finkelstein and Krinsk
550 W. C. Street, Suite 1760
San Diego, CA 92101-3593
619-238-5425
jrk@classactionlaw.com

Florida – Middle District

Smith v Volkswagen Group of America 2:15-CV-00570

Marcus W. Viles
Viles & Beckman LLC
6350 Presidential Ct, Suite A
Ft Myers, FL 33919
239-334-3933
marcus@vilesandbeckman.com


Florida – Southern District

Weiland v Volkswagen Group of America  9:15-CV-81316
John Fletcher Romano
Romano Law Group
P.O. Box 21349
West Palm Beach, FL 33416-1349
561-533-6700
john@romanolawgroup.com

Georgia – Middle District

West v Volkswagen Group of America  3:15-CV-00093
Andrew J. Hill, III
Blasingame, Burch, Garrard & Ashley PC
P.O. Box 832
Athens, GA 30603
706-354-4000
ajh@bbgbalaw.com

Georgia – Northern District

Silverman v Volkswagen Group of America  1:15-CV-03332
Craig G. Kunkes
Robbins Ross Alloy Belinfante Littlefield LLC
999 Peachtree Street, N. E. , Suite 1120
Atlanta, GA 30309
678-701-9381
ckunkes@robbinsfirm.com

llinois – Southern District

Smith v Volkswagen Group of America  3:15-CV-01053
Paul J. Hanly, Jr
Hanly Conroy et. Al
112 Madison Avenue, 7th Floor
New York, NY 10016
212-784-6402

phanly@simmonsfirm.com

Lance v Volkswagen Group of America 3:15-CV-01058
Amy E. Keller
Wexler Wallace LLP
Cook County
55 West Monroe, Suite 3300
Chicago, IL 60603
312-346-2222
aek@wexlerwallace.com

Iowa – Southern District

Gall v Volkswagen Group of America 3:15-CV-00106
Jay Madison Smith
Smith & Mcelwain Law Office
505 Fifth Street, Suite 530
Sioux City, IA 51101
712-255-3825
smithmcel@aol.com

District of Kansas

Bustamante v Volkswagen Group of America 2:15-CV-09278
George E. Kapke, Jr.
Kapke & Willerth LLC
3304 NE Ralph Powell Road
Lee's Summit, MO 64064
816-461-3800
ted@kapkewillerth.com

Kentucky – Western District

Wagner v Volkswagen Group of America 3:15-CV-00748
Alex C. Davis
Jones Ward PLC
312 S. Fourth Street, 6th Floor
Louisville, KY 40202
502-882-6000
alex@jonesward.com

District of Massachusetts

Naparstek v Volkswagen Group of America 1:15-CV-13418
Marie McCrary
Gutride Safier LLP

835 Douglass Street
San Francisco, CA 94114
415-529-4995
marie@gutridesafier.com

Bonda v Volkswagen Group of America  1:15-CV-13419
Thomas G. Shapiro
Shapiro Haber & Urmy LLP
Seaport East
Two Seaport Lane, 6th Floor
Boston, MA 02210
617-439-3939
tshapiro@shulaw.com

Michigan – Eastern District

Carroll v Volkswagen Group of America  2:15-CV-13360
Caleb L.H. Marker
Consumer Law Center, PLLC
P.O. Box 6675
601 Abbott Road, Suite 100
East Lansing, MI 48826-6675
517-998-7400
caleb.marker@zimmreed.com

Missouri – Western District

Henley v Volkswagen Group of America  4:15-CV-00734
Erin D. Lawrence
Kapke & Willerth LLC
3304 NE Ralph Powell Rd
Lee's Summit, MO 64064
816-461-3800
edl@kapkewillerth.com

District of New Jersey

Criston v Volkswagen Group of America  2:15-CV-06988
Ruben Honik
Golumb & Honik PC
1515 Market Street, Suite 1100
Philadelphia, PA 19102
215-985-9177
rhonik@golombhonik.com

Defiesta v Volkswagen Group of America  2:15-CV-07012

James E. Cecchi
Carella Byrne Cecchi Olstein Brody & Agnello PC
5 Becker Farm Road
Roseland, NJ 07068
973-994-1744
jcecchi@carrellabyrne.com


New York – Eastern District

Clinton v Volkswagen Group of America  1:15-CV-05497
William Andrew Walsh
Wetz & Luxenberg
700 Broadway
New York, NY 10003
212-558-5836
wwalsh@weitzlux.com

Endy v Volkswagen Group of America  1:15-CV-05516
Jeffrey D. Sonnabend
Sonnabend Law
600 Prospect Avenue
Brooklyn, NY 11215
718-832-2767
JSonnabend@SonnabendLaw.com

North Carolina – Western District
Vinson v Volkswagen Group of America  1:15-CV-00213
William B. Bystrynski
3201 Glenwood Ave, Suite 100
Raleigh, NC 27612
919-881-2111
bbystrynski@kirby-holt.com

Ohio – Northern District
Kindsvatter v Volkswagen Group of America  5:15-CV-01958
Dennis R. Lansdowne
Spagenberg, Shibley & Liber
1001 Lakeside Avenue E, Ste 1700
Cleveland, OH 44114
216-696-3232
dlansdowne@spanglaw.com

Ohio – Southern District
Farmer v Volkswagen Group of America  1:15-CV-00615
Christian A. Jenkins

Minnillo & Jenkins LPA
2712 Observatory Avenue
Cincinnati, OH 45208
513-723-1600
cjenkins@minnillojenkins.com


Tennessee – Eastern District
Henderson v Volkswagen Group of America  1:15-CV-00248
W. Heath Brooks
Siniard, Timberlake & League PC
125 Holmes Avenue
PO Box 2767
Huntsville, AL 35804
256-536-0770
heath.brooks@law-injury.com

Sonnenburg v Volkswagen Group of America  1:15-CV-00250
Gary R. Patrick
Patrick, Beard, Schulman & Jacoway, PC
537 Market Street, Suite 202
Chattanooga, TN 27402-1225
423-756-7117
gpatrick@pbsjlaw.com

Bullard v Volkswagen Group of America  1:15-CV-00251
J. Gerard Stranch, IV
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
615-254-8801
gerards@bsjfirm.com

Texas – Southern District

Harris v Volkswagen Group of America  2:15-CV-00405
Robert C. Hilliard
Hilliard Munoz Gonzales LLP
719 S. Shoreline, Ste 500
Corpus, Christi, TX 78401
361-882-1612
bobh@hmglawfirm.com

Utah – Central District

Caflett v Volkswagen Group of America  2:15-CV-00681

Andrew G. Deiss
Deiss Law PC
10 W 100 S Ste 700
Salt Lake City, UT 84101
801-433-0226
adeiss@deisslaw.com

Dated: September 28, 2015

    Respectfully submitted,

    /s/ *Warren T. Burns*
    Warren T. Burns (*Pro Hac Vice* to be filed)
    State Bar No. 24053119
    BURNS CHAREST LLP
    500 North Akard Street,
    Suite 2810
    Dallas, Texas 75201
    Telephone: (469) 904-4550
    Facsimile: (469) 444-5002
    wburns@burnscharest.com

    *Counsel for Plaintiffs Brewitt, Thomas, Sekul, and Abdalla*