UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION                                MDL No. 2672


NOTICE TO ALL INVOLVED COUNSEL


(SEE ATTACHED SCHEDULE)


    Presently pending in this litigation are three separate motions collectively seeking centralization, pursuant to 28 U.S.C. §1407, of the 65 actions listed on the attached Schedule in a single federal district for coordinated or consolidated pretrial proceedings. The first motion was filed on September 23, 2015, by plaintiff Christopher J. D'Angelo. The second motion was filed on September 25, 2015, by plaintiffs Peter Brewitt, Amy Thomas, Ronald Sekul and Tom Abdalla. The third motion was filed on September 27, 2015, by plaintiff Holly Harris.

    The three pending motions encompassing the actions listed on the attached Schedule will be set for the next Panel Hearing Session on December 3, 2015. **The deadline for filing motions pursuant to Rule 6.2 to add actions to this litigation for consideration at the Panel Hearing is now closed.** In the event that the Panel orders centralization of this docket, additional related actions not listed on Schedule A will be treated as potential tag-along actions in accordance with Panel Rules 7.1 and 7.2. Pursuant to Panel Rule 6.2(d), parties are reminded to notify the Panel promptly of any potential tag-along actions. Any party in a potential tag-along action may file an interested party response to the motions in this docket.

    The due date for responsive pleadings to the three motions filed in MDL No. 2672 is now **October 20, 2015.** All previous response due dates with respect to this MDL are hereby extended to October 20, 2015. Any party wishing to file a response to these motions is directed to do so in a single brief. If a party has already submitted a response to an earlier filed motion, it may either rest on that response or incorporate that response by reference in responding to the later filed motions.


                                           FOR THE PANEL:

                                           Jeffery N. Lüthi
                                           Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2672

SCHEDULE OF ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 2 | 15−01655 | Warren Manufacturing Incorporated et al v. Volkswagen Group of America Inc |
| ALN | 5 | 15−01648 | Redmond v. Volkswagen Group of America Inc |
| ALN | 5 | 15−01672 | Lucas, et al. v. Volkswagen Group of America, Inc. |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 15−07367 | Gerald Netkin v. Volkswagen of America, Inc. et al |
| CAC | 2 | 15−07375 | Todd Mitsuda v. Volkswagen Group of America, Inc. et al |
| CAC | 2 | 15−07390 | Christopher J D Angelo v. Volkswagen Group of America, Inc. |
| CAC | 2 | 15−07391 | Allison C Steele v. Volkswagen Group of America, Inc. |
| CAC | 2 | 15−07394 | Michael E Johnson et al v. Volkswagen Group of America Inc |
| CAC | 2 | 15−07395 | Keith Walker v. Volkswagen Group of America, Inc. et al |
| CAC | 2 | 15−07429 | Steven Yell v. Volkswagen Group of America, Inc. et al |
| CAC | 2 | 15−07430 | Michael Macauley v. Volkswagen Group of America, Inc. et al |
| CAC | 2 | 15−07431 | Iris Stricklin et al v. Volkswagen Group of America, Inc. et al |
| CAC | 2 | 15−07432 | Craig Temkin et al v. Volkswagen Group of America, Inc. |
| CAC | 2 | 15−07473 | Gregory Giauque et al v. Volkswagen Group of America, Inc. |
| CAC | 2 | 15−07474 | Amy E. Weiss et al v. Volkswagen Group of America, Inc. |
| CAC | 2 | 15−07475 | Elizabeth Crosson et al v. Volkswagen Group of America, Inc. et al |
| CAC | 2 | 15−07477 | Koudsi, Inc. v. Volkswagen Group of America, Inc. |
| CAC | 2 | 15−07517 | Rich Hill v. Volkswagen Group of America, Inc. et al |
| CAC | 5 | 15−01930 | Michael McCabe, et al. v. Volkswagen Group of America, Inc. |
| CAC | 5 | 15−01948 | Danna Hendricks v. Volkswagen Group of America, Inc. |
| CAC | 8 | 15−01525 | Jorge Dell'Aquila et al v. Volkswagen Group of America, Inc., et al |
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 15−04397 | Goodrich et al v. Volkswagen Group of America, Inc. et al |

| | | | |
|---|---|---|---|
| CAN | 3 | 15−04401 | Drury et al v. Volkswagen Group of America, Inc. |
| CAN | 4 | 15−04278 | Fiol v. Volkswagen Group of America, Inc. |
| CAN | 4 | 15−04314 | Nicholas Benipayo et al v. Volkswagen Group of America, Inc. |
| CAN | 4 | 15−04340 | Hall v. Volkswagen Group of America, Inc. |
| CAN | 4 | 15−04390 | Mayerson et al v. Volkswagen Group of America, Inc. et al |
| CAN | 5 | 15−04302 | Lau et al v. Volkswagen Group of America, Inc. et al |

CALIFORNIA SOUTHERN

| | | | |
|---|---|---|---|
| CAS | 3 | 15−02106 | Bennett v. Volkswagen Group of America, Inc. |
| CAS | 3 | 15−02110 | Karcsay v. Volkswagen Group of America, Inc. |
| CAS | 3 | 15−02127 | Handal v. Volkswagen Group of America, Inc. |

COLORADO

| | | | |
|---|---|---|---|
| CO | 1 | 15−02113 | Stanley v. Volkswagen Group of America, Inc. |

FLORIDA MIDDLE

| | | | |
|---|---|---|---|
| FLM | 2 | 15−00570 | Smith v. Volkswagen Group of America, Inc. |

FLORIDA SOUTHERN

| | | | |
|---|---|---|---|
| FLS | 0 | 15−61993 | Lowrance v. Volkswagen AG et al |
| FLS | 9 | 15−81316 | Weiland v. Volkswagen Group of America, Inc., et al |

GEORGIA MIDDLE

| | | | |
|---|---|---|---|
| GAM | 3 | 15−00093 | WEST v VOLKSWAGEN GROUP OF AMERICA INC |

GEORGIA NORTHERN

| | | | |
|---|---|---|---|
| GAN | 1 | 15−03332 | Silverman v. Volkswagen AG et al |

IOWA SOUTHERN

| | | | |
|---|---|---|---|
| IAS | 3 | 15−00106 | Gall v. Volkswagen Group of America, Inc. et al |

ILLINOIS NORTHERN

| | | | |
|---|---|---|---|
| ILN | 1 | 15−08286 | Dorn et al v. Volkswagen Group of America, Inc. |

ILLINOIS SOUTHERN

| | | | |
|---|---|---|---|
| ILS | 3 | 15−01053 | Smith v. Volkswagen Group of America, Inc. |
| ILS | 3 | 15−01058 | Lance et al v. Volkswagen Group of America, Inc. |

KANSAS

| | | | |
|---|---|---|---|
| KS | 2 | 15−09278 | Bustamante et al v. Volkswagen Group of America, Inc., et al. |

KENTUCKY EASTERN

| | | | |
|---|---|---|---|
| KYE | 0 | 15−00076 | Triplett v. Volkswagen Group of America, Inc. et al |

KENTUCKY WESTERN

| | | | |
|---|---|---|---|
| KYW | 3 | 15−00748 | Wagner v. Volkswagen Group of America, Inc. |

MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 1 | 15−13418 | Naparstek v. Volkswagen Group of America, Inc. |
| MA | 1 | 15−13419 | Bonda v. Volkswagen Group of America, Inc. |
| MA | 1 | 15−13435 | Kerwood v. Volkswagen Group of America, Inc. |

MARYLAND

| | | | |
|---|---|---|---|
| MD | 1 | 15−02894 | Feldman et al v. Volkswagen Group of America, Inc. |

MICHIGAN EASTERN

| | | | |
|---|---|---|---|
| MIE | 2 | 15−13360 | Carroll v. Volkswagen Group of America, Inc. |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 4 | 15−00734 | Henley v. Volkswagen Group of America, Inc. |

NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 1 | 15−00213 | Vinson v. Volkswagen Group of America, Inc. |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 2 | 15−06985 | LEVIN v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15−06988 | CRISTON v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NJ | 2 | 15−07012 | DEFIESTA et al v. VOLKSWAGEN GROUP OF AMERICA INC. |

NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 1 | 15−05497 | Clinton et al v. Volkswagen Group of America, Inc. |
| NYE | 1 | 15−05516 | Endy et al v. Volkswagen Group of America, Inc. et al |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 5 | 15−01958 | Kindsvatter et al v. Volkswagen Group of America, Inc. et al |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 1 | 15−00615 | Farmer v. Volkswagen Group of America, Inc. |

OREGON

| | | | |
|---|---|---|---|
| OR | 3 | 15−01785 | Bricker v. Volkswagen Group of America |

TENNESSEE EASTERN

| | | | |
|---|---|---|---|
| TNE | 1 | 15−00248 | Henderson v. Volkswagen Group of America, Inc |
| TNE | 1 | 15−00250 | Sonnenburg et al v. Volkswagen Group of America, Inc. et al |
| TNE | 1 | 15−00251 | Bullard v. Volkswagen Group of America, Inc. et al |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 2 | 15−00405 | Harris v. Volkswagen Group of America, Inc. |

UTAH

| | | | |
|---|---|---|---|
| UT | 2 | 15−00681 | Catlett v. Volkswagen Group of America |

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 1 | 15−01223 | Brewitt et al v. Volkswagen AG et al |