# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Related Action from District Court

**Date Received:** 9/25/15

**District Court:** M.D. Florida

Number of Actions: 1

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL