# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __2672__  & TITLE - IN RE: Volkswagen "Clean Diesel" Marketing, Sales Practices and Product Liability Litig.

# NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Plaintiffs Ruth Jelkmann, Zoran Baisch, Mark Slaughter, and Samuel R. Gates

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Jelkmann et al. v. Volkswagen Group of America, Inc., No. 2:15-cv-07566 (C.D. Cal.) (September 25, 2015)

*****************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 9/30/2015 | /s Martis Ann Alex |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Martis Ann Alex, LABATON SUCHAROW LLP, 140 Broadway New York, New York 10005

Telephone No.: (212) 907-0700    Fax No.: (212) 818-0477

Email Address: malex@labaton.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL NO. 2672<br><br>*Jelkmann, et al. v. Volkswagen Group of America, Inc., et al.*<br>Case No. 2:15-cv-7566-JAK-JEM<br>(C.D. Cal. September 25, 2015) |

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that, on September 30, 2015, a copy of the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the Electronic Mail Notice List.

Dated this 30th day of September 2015

                By: /s/ Martis Ann Alex
                    MARTIS ANN ALEX
                    malex@labaton.com
                    LABATON SUCHAROW LLP
                    140 Broadway
                    New York, New York  10005
                    Tel: (212) 907-0700
                    Fax: (212) 818-0477

                    *Counsel for Plaintiffs and the Proposed Classes*