**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

---

**IN RE VOLKSWAGEN "CLEAN"
DIESEL LIABILITY LITIGATION**                    **MDL DOCKET NO. 2672**

---

## PROOF OF SERVICE

I hereby certify that I caused to be served copies of the foregoing Notice of Appearance of Richard D. McCune and this Proof of Service as indicated below on September 30, 2015 to the following:

<u>Via U.S. Mail:</u>

Audi AG
Inglostadt
Bayern 85057
Germany

Audi USA
2200 Ferdinand Porsche Dr.
Herndon, VA 20171

Volkswagen Group of America, Inc.
2200 Ferdinand Porsche Dr.
Herndon, VA 20171

Volkswagen of America
2200 Ferdinand Porsche Dr.
Herndon, VA 20171

Volkswagen AG
P.O. Box 1849
D-38436 Wolfsburg
Germany

Bay Ridge Volvo – American Inc.
419 90th St.
Brooklyn, NY 11209

<u>Via Email</u>

## Alabama – Northern District

Redmond v Volkswagen Group of America 5:15-CV-01648
Dennis A. Mastando
Mastando & Artrip LLC
301 Washington Street, Suit 302
Huntsville, AL 35801
256-532-2222
tony@mastandoartrip.com

Warren Manufacturing v Volkswagen Group of America 2:15-CV-01655
Christopher B. Hood
Henninger Garrision Davis LLC
2224 1st Avenue North
Birmingham, AL 35203
205-326-3336
chood@hgdlawfirm.com

Lucus v Volkswagen Group of America 5:15-CV-01672:
Dargan Manner Ware
Davis & Norris LLP
2154 Highland Avenue South
Birmingham, AL 35205
205-930-9989
dware@davisnorris.com

## Arkansas – Eastern Division

Holton v Volkswagen Group of America Inc 4:15-CV-00601
Austin H. Easley
Easley & Houseal, PA
P.O. Box 1115
Forrest City, AR 72336-1115
870-633-1447
austin@ehtriallawyers.com

## Arkansas – Western Division

Yousey v Volkswagen Group of America Inc 5:15-CV-05236
Marshall Dale Evans
The Evans Law Firm
2333 North Green Acres Road
P.O. Box 1986
Fayettevile, AR 72702
479-521-9998
dale@evans-law-firm.com

## California – Central District – Southern Division

Dell'Aquila v Volkswagen Group of America 2:15-CV-01525
Richard E. Donahoo
Donahoo and Associates
440 W. First Street, Suite 101
Tustin, CA 92780
714-953-1010
rdonahoo@donahoo.com

Malig v Volkswagen Group of America, Inc 8:15-CV-01554
John H. Donboli
Del Mar Law Group LLP
2002 Jimmy Durante Boulevard, Suite 100
Del Mar, CA 92014
858-793-6005
jdonboli@demarlawgroup.com

## California – Central District – Western Division

D'Angelo v Volkswagen Group of America 2:15-CV-07390
David J. Vendler
Morris Polich and Purdy LLP
1055 West 7th Street, Suite 2400
Los Angeles, CA 90017
213-417-5100

Steele v Volkswagen Group of America 2:15-CV-07391
Alexandra T. Steele
Girardi and Keese
126 Wilshire Boulevard
Los Angeles, CA 90017
213-977-0211
asteele@girardikeese.com

Johnson v Volkswagen Group of America 2:15-CV-07394
Stacey M. Kaplan
Kessler Topaz Meltzer and Check LLP
One Sansome Street, Suite 1850
San Francisco 94104
415-400-3001
skaplan@ktmc.com

Walker v Volkswagen Group of America 2:15-CV-07395
Eric H. Gibbs
Girard Gibbs LLP
One Kaiser Plaza, Suite 1125
Oakland, CA 94612
510-350-9700
ehg@classlawgroup.com

Yell v Volkswagen Group of America 2:15-CV-07429
Kenneth S. Kasdan
Kasdan Lipp Smith Weber Turner LLP
500 S. Grand Avenue, Suite 1310
Los Angeles, CA 90071
213-254-4800
kskasdan@kasdansimonds.com

Macaulty v Volkswagen Group of America 2:15-CV-07430
Adrian Robert Bacon
Law Offices of Todd Friedman PC
8730 Wilshire Boulevard, Suite 310
Beverly Hills, CA 90212
877-206-4741
abacon@attorneysforconsumers.con

David Levi Weisberg
Kristensen Weisberg LLP
12304 Santa Monica Boulevard, Suite 100
Los Angeles, CA 90025
310-507-7924
david@kristensenlaw.com

Stricklin v Volkswagen Group of America 2:15-CV-07431
Benjamin Galdston
Bernstein Litowitz Berger and Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
858-798-0323
beng@blbglaw.com

Temkin v Volkswagen Group of America 2:15-CV-07432
Matthew J. Preusch
Keller Rohrback LLP
1129 State Street, Suite 8
Santa Barbara, CA 92101
805-456-1496
mpreusch@kellerrohrback.com

Giaque v Volkswagen Group of America 2:15-CV-07473
Mark P. Robertson, Jr
Robertson Calcagnie Robertson Shapiro Davis Inc
19 Corporate Plaza Drive
Newport Beach, CA 92660
949-720-1288
mrobinson@rcrsd.com

Weiss v Volkswagen Group of America 2:15-CV-07474
Alfredo Torrijos
Arias Sanguinetti Stable & Torrijos LLP
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
310-844-9696
alfredo@asstlawyers.com

Crosson v Volkswagen Group of America 2:15-CV-07475
Matthew J. Preusch
Keller Rohrback LLP
1129 State Street, Suite 8
Santa Barbara, CA 92101
805-456-1496
mpreusch@kellerrohrback.com

Koudsi v Volkswagen Group of America, Inc 2:15-CV-07477
Adam Morris Rose
Law Offices of Robert Starr
23277 Ventura Blvd
Woodland Hills, CA 91364
818-225-9040
adam@starrlaw.com

Hill v Volkswagen Group of America Inc 2:15-CV-07517
Steve G. Sklaver
Susman Godfrey LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
310-789-3100
ssklaver@susmangodfrey.com

Studer v Volkswagen Group of America, Inc 2:15-Cv-07560
Ivan Moe
Makarem and Associates APLC
11601 Wilshire Boulevard, Suite 2440
Los Angeles, CA 90025
310-312-0299
moe@law-rm.com

Kalan v Volkswagen Group of America, Inc 2:15-CV-07563
Michael L. Kelly
Kirtland and Packard LLP
20141 Rosecrans Avenue 3rd Floor
El Esgundo, CA 90245
310-536-1000
mlk@kirtlandpackard.com

Signore v Volkswagen Group of America, Inc 2:15-CV-07564
Roland K. Tellis
Baron and Budd PC
15910 Ventura Boulevard, Suit 1600
Encino, CA 91436
818-839-2333
trellis@baronbudd.com

Jelkmann v Volkswagen Group of America, Inc 2:15-CV-07566
Thomas D. Haklar
Law Office of Thomas D. Haklar
2550 Fifth Avenue, Suite 617
San Diego, CA 92103
619-232-9131
thaklar@haklarlaw.com

Klein v Volkswagen Group of America, Inc 2:15-CV-07570
Kathryn Jeanine Harvey
MLG Automotive Law APC+LC
2801 West Coast Highway, Suite 370
Newport Beach, CA 92663
949-581-6900
kharvey@mlgautomotivelaw.com

## California – Eastern District

Hendricks v Volkswagen Group of America 5:15-CV-01948
Stuart M. Eppsteiner
Eppsteiner and Fiorica Attorneys LLP
12555 High Bluff Drive, Suite 155
San Diego, CA 92130
858-350-1500
sme@eppsteiner.com

Tanghetti v Volkswagen Group of America, Inc 2:15-CV-02028
R. Parker White
Poswell White & Cutler
1001 G. Street, Suite 301
Sacramento, CA 95814
916-449-1300
poswh@aol.com

## California – Northern District

Fiol v Volkswagen of America Inc 4:15-CV-04278
Thomas Eric Loeser
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
206-623-7292
toml@hbsslaw.com

Lau v Volkswagen Group of America, Inc 5:15-cv-04302
Andre Michel Mura
Gibbs Law Group LLP
One Kaiser Plaza, Suite 1125
Oakland, CA 94612
510-350-9717
amm@classlawgroup.com

Benipayo v Volkswagen of America, Inc 4:15-CV-04314
Peter B. Fredman
Law Offices of Peter Fredman
125 University Ave, Suite 102
Berkeley, CA 94710
510-868-2626
peter@peterfredmanlaw.com

Hall v Volkswagen Group of America 4:15-CV-04340
William M. Audet
Audet & Partners, LLP
711 Van Ness, Suite 500
San Francisco, CA 94102-3229
415-568-2555
waudet@audetlaw.com

Mayerson v Volkswagen Group of America, Inc 3:15-CV-04390
Roland K. Tellis
Baron Budd, P.C.
15910 Ventura Boulevard
Encino Plaza, Suite 1600
Encino, CA 91436
818-839-2333
trellis@baronbudd.com

Goodrich v Volkswagen Group of America, Inc 3:15-CV-04397
Casey Aron Kaufman
The Brandi Law Firm
354 Pine Street, 3rd Floor
San Francisco, CA 94104
415-989-1800
cak@brandilaw.com

Drury v Volkswagen Group of America, Inc 3:15-CV-04401
Stuart George Gross
Gross Law PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
415-671-4628
sgross@gross-law.com

Smith v Volkswagen Group of America, Inc 5:15-CV-04403
Nancy L. Fineman
Cotchett Pitre & McCarthy LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
650-697-6000
nfineman@cpmlegal.com

Blake v Volkswagen Group of America, Inc 3:15-cv-04425
Hallie Von Rock
Attorney at Law
7677 Oakport Street, Suite 1020
Oakland, CA 94621
510-562-6800
hallievonrock@yahoo.com

## California – Southern District

Bennett v Volkswagen Group of America, Inc 3:15-CV-02106
Natasha A. Naraghi
Law Offices of Alexander M. Schack
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
858-485-0608
natashanaraghi@amslawoffice.com

Karesay v Volkswagen Group of America, Inc
Cody R. Padgett
Capstone Law APC
1840 Century Park East, Suite 540
Los Angles, CA 90067
310-556-4811
cody.padgett@capstonelawyers.com

Handal v Volkswagen Group of America 3:15-CV-02127
Jeffrey R. Krinsk
Finkelstein and Krinsk
550 W. C. Street, Suite 1760
San Diego, CA 92101-3593
619-238-5425
jrk@classactionlaw.com

## District of Colorado

Stanley v Volkswagen Group of America, Inc 1:15-CV-2113
Kevin Scott Hannon
Hannon Law Firm LLC
1641 Downing Street
Denver, CO 80218
303-861-8800
khannon@hannonlaw.com

Covell v Volkswagen Group of America, Inc 1:15-CV-02132
Jacob Carlos Eisenstein
Fisher & Associates, PC
3900 East Mexico Avenue, Suite 950
Denver, CO 80210
303-779-5300
jeisenstein@yourcoloradolawyers.com

## Florida – Middle District

Smith v Volkswagen Group of America 2:15-CV-00570
Marcus W. Viles
Viles & Beckman LLC
6350 Presidential Ct, Suite A
Ft Myers, FL 33919
239-334-3933
marcus@vilesandbeckman.com

Strayhorn v Volkswagen Group of America,Inc 2:15-CV-00584
Jodi Westbrook Flowers
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant SC 29464
843-216-9000
jflowers@motleyrice.com

Albritton v Volkswagen Group of America Inc 3:15-CV-01138
John Allen Yanchunis, Sr.
Morgan & Morgan
201 Franklin Street, 7th Floor
Tampa, FL 33602
813-223-5505
jyanchunis@fortheepeople.com

Aprea v Volkswagen Group of America, Inc 6:15-CV-01607
Steven R. Mahar
The Maher Law Firm, PA
631 W. Morse Blvd, Suite 200
Winter Park, FL 32789
407-839-0866
smaher@maherlawfirm.com

Sensenig v Volkswagen Group of America, Inc 8:15-CV-02236
Bryan Frederick Aylstock
Aylstock Witnkin Kreis & Overholtz PLLC
17 E. Main St, Suite 200
Pensacola, FL 32502
850-916-7450
baylstock@awkolaw.com

## Florida – Southern District

Lowrance v Volkswagen AG 0:15-CV-61993
Jonathan Gdanski
Sheldon J. Schlesinger PA
1212 SE 3rd Avenue
Fort Lauderdale, FL 33316
954-467-8800
Jonathan@schlesingerlawoffices.com

Weiland v Volkswagen Group of America 9:15-CV-81316
John Fletcher Romano
Romano Law Group
P.O. Box 21349
West Palm Beach, FL 33416-1349
561-533-6700
john@romanolawgroup.com

Deehl v Volkswagen Group of America, Inc 1:15-CV-23605
Lewis S. Eidson
Colson Hicks Eidson
255 Alhambra Circle Penthouse
Coral Gables, FL 33134
305-476-7400
Mike@colson.com

Mesa v Volkswagen AG 1:15-CV-23606
Jeffrey Miles Ostrow
The Kopelowitz & Ostrow Firm PA
200 S.W. 1st Avenue, 12 Floor
Fort Lauderdale, FL 33301-4216
954-525-4300
ostrow@kolawyers.com

## Georgia – Middle District

West v Volkswagen Group of America 3:15-CV-00093
Andrew J. Hill, III
Blasingame, Burch, Garrard & Ashley PC
P.O. Box 832
Athens, GA 30603
706-354-4000
ajh@bbgbalaw.com

Georgia – Northern District
Silverman v Volkswagen Group of America 1:15-CV-03332
Craig G. Kunkes
Robbins Ross Alloy Belinfante Littlefield LLC
999 Peachtree Street, N. E. , Suite 1120
Atlanta, GA 30309
678-701-9381
ckunkes@robbinsfirm.com

Pye Auto Sales LLC v Volkswagen Group of America 1:15-Cv-03349
Christopher B. Hood
Heninger Garrison & Davis LLC
2224 1st Avenue North
Birmingham, AL 35203
205-326-3336
chood@hglawfirm.com

McLean v Volkswagen Group of America 1:15-CV-03373
Roger W. Orlando
The Orlando Firm PC
315 West Ponce de Leon Avenue, Suite 400
Decatur, GA 30030
404-373-6999
roger@OrlandoFirm.com

## Georgia – Southern District

Johnson v Volkswagen Group of America 4:15-CV-00261
Jeffrey L. Arnold
Arnold Stafford Randolph & Schaefer
P.O. Box 339
Hinesville, GA 31310
912-369-4542
jarnold@coastallawyers.com

## Illinois – Northern District

Dorn v Volkswagen Group of America, Inc 1:15-CV-08286
Shannon Marie McNulty
Clifford Law Offices
120 North LaSalle Street
Suite 3100
Chicago, IL 60602
312-899-9090
smm@cliffordlaw.com

Hellweg v Volkswagen Group of America, Inc 1:15-CV-08369
Case MDL No. 2672 Document 45-1 Filed 09/30/15 Page 12 of 28
Todd A. Smith
Powers, Rogers & Smith
70 West Madison Street, Suite 5500
Chicago, IL 60602
312-236-9381
blacien@prslaw.com

## Illinois– Southern District

Smith v Volkswagen Group of America 3:15-CV-01053
Paul J. Hanly, Jr
Hanly Conroy et. Al
112 Madison Avenue, 7th Floor
New York, NY 10016
212-784-6402
phanly@simmonsfirm.com

Lance v Volkswagen Group of America 3:15-CV-01058
Amy E. Keller
Wexler Wallace LLP
Cook County
55 West Monroe, Suite 3300
Chicago, IL 60603
312-346-2222
aek@wexlerwallace.com

## Iowa – Southern District

Gall v Volkswagen Group of America 3:15-CV-00106
Jay Madison Smith
Smith & Mcelwain Law Office
505 Fifth Street, Suite 530
Sioux City, IA 51101
712-255-3825
smithmcel@aol.com

## District of Kansas

Bustamante v Volkswagen Group of America 2:15-CV-09278
George E. Kapke, Jr.
Kapke & Willerth LLC
3304 NE Ralph Powell Road
Lee's Summit, MO 64064
816-461-3800
ted@kapkewillerth.com

## Kentucky – Eastern District

Triplett v Volkswagen Group of America, Inc ):15-CV-00076
Jerry M. Miniard
Miniard & Associates
6614 Dixie Hwy
Florence, KY 41042
859-525-1433
jmm@miniardlaw.com

## Kentucky – Western District

Wagner v Volkswagen Group of America 3:15-CV-00748
Alex C. Davis
Jones Ward PLC
312 S. Fourth Street, 6th Floor
Louisville, KY 40202
502-882-6000
alex@jonesward.com

## Louisiana – Eastern District

Jeanice v Volkswagen Group of America, Inc 2:15-CV-04784
Lawrence J. Centola, III
Martzell & Bickford
338 Lafayette St.
New Orleans, LA 70130
504-581-9065
lcentola@mbfirm.com

## District of Massachusetts

Naparstek v Volkswagen Group of America 1:15-CV-13418
Marie McCrary
Gutride Safier LLP
835 Douglass Street
San Francisco, CA 94114
415-529-4995
marie@gutridesafier.com

Bonda v Volkswagen Group of America 1:15-CV-13419
Thomas G. Shapiro
Shapiro Haber & Urmy LLP
Seaport East
Two Seaport Lane, 6th Floor
Boston, MA 02210
617-439-3939
tshapiro@shulaw.com

Kerwood v Volkswagen Group of America, Inc 1:15-CV-13435
John J. Roddy
Bailey & Glasser LLP
99 High Street, Suite 304
Boston, MA 02110
617-439-6730
jroddy@baileyglasser.com

## District of Maine

Mahoney v Volkswagen Group of America 2:15-CV-00386
Rachel M. Wertheimer
Verrill Dana LLP
One Portland Square
P.O. Box 585
Portland, ME 04112
207-774-4000
rwertheimer@verrilldana.com

## District of Maryland

Feldman v Volkswagen Group of America, Inc 1:15-CV-02894
Alan W. Bernstein
Bernstein and Feldman PA
900 Bestgate Rd< Suite 200
Annapolis, MD 21401
410-573-0049
ab@bflaw.com

Eschinger v Volkswagen Group of America Inc 8:15-CV-02903
William F. Askinazi
12504 Palatine Ct
Potomac, MD 20854
301-540-5380
askinazilaw@gmail.com

## Michigan – Eastern District

Carroll v Volkswagen Group of America 2:15-CV-13360
Caleb L.H. Marker
Consumer Law Center, PLLC
P.O. Box 6675
601 Abbott Road, Suite 100
East Lansing, MI 48826-6675
517-998-7400
caleb.marker@zimmreed.com

Brown v Volkswagen Group of America Inc 2:15-CV-13373
Aaron D. Cox
Law Offices of Aaron D. Cox PLLC
23380 Goddard Rd
Taylor, MI 48180
734-287-1277
Aaron@aaroncoxlaw.com

Gurevich v Volkswagen Group of America, Inc 2:15-CV-13389
Tana Lin
Keller Rolhrback
1201 Third Avenue, Suite 3200
Seattle, WA 98101
206-623-1900
tlin@kellerrohrback.com

## Missouri – Eastern District

Zucker v Volkswagen Group of America, Inc 4:15-CV-01466
Sarah S. Burns
Simmons and Hanly, LLC
One Court Street
Alton, IL 62002
618-259-2222
sburns@simmonsfirm.com

Missouri – Western District
Henley v Volkswagen Group of America 4:15-CV-00734
Erin D. Lawrence
Kapke & Willerth LLC
3304 NE Ralph Powell Rd
Lee's Summit, MO 64064
816-461-3800
edl@kapkewillerth.com

Erickson v Volkswagen Group of America, Inc 4:15-CV-00741
Kenneth B. McClain
Humphrey Farrington & McClain PC
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
816-836-5050
kbm@hfmlegal.com

Toebben v Volkswagen Group of America, Inc 2:15-CV-04206
Timothy W. Van Ronzelan
Cook Vetter Doerhoff & Landwehr PC
231 Madison Street
Jefferson City MO 65101
573-635-7977
tvanronzelen@cvdl.net

## District of New Hampshire

McLaughlin v Volkswagen Group of America, Inc 1:15-CV-00392
Paul M. DeCarolis
Gottesman & Hollis PA
39 E. Pearl St
Nashu, NH 03060
603-889-5959
pdecarolis@nh-lawyers.com

## District of New Jersey

Levin v Volkswagen Group of America, Inc 2:15-CV-06985
Bruce Heller Nagel
Nagel Rice LLP
103 Eisenhower Parkway, Suite 201
Roseland, NJ 07068
973-618-0400
bnagel@nagelrice.com

Criston v Volkswagen Group of America 2:15-CV-06988
Ruben Honik
Golumb & Honik PC
1515 Market Street, Suite 1100
Philadelphia, PA 19102
215-985-9177
rhonik@golombhonik.com

Defiesta v Volkswagen Group of America 2:15-CV-07012
James E. Cecchi
Carella Byrne Cecchi Olstein Brody & Agnello PC
5 Becker Farm Road
Roseland, NJ 07068
973-994-1744
jcecchi@carrellabyrne.com

Minkina v Volkswagen Group of America 2:15-CV-07020
Alexander H. Schmidt
Wolf Haldenstein Adler Freeman & Herz LLO
270 Madison Avenue
New York, NY 10016
212-545-4600
Schmidt@whafh.com

Ghezzi v Volkswagen Group of America 2:15-CV-07035
James E. Cecchi
Carella Byrne Cecchi Olstein Brody & Agnello PC
5 Becker Farm Road
Roseland, NJ 07068
973-994-1700
jcecchi@carellabyrne.com

Stein v Volkswagen Group of America 2:15-CV-07052
James E. Cecchi
Carella Byrne Cecchi Olstein Brody & Agnello PC
5 Becker Farm Road
Roseland, NJ 07068
973-994-1700
jcecchi@carellabyrne.com

Williams v Volkswagen Group of America 2:15-CV-07053
James E. Cecchi
Carella Byrne Cecchi Olstein Brody & Agnello PC
5 Becker Farm Road
Roseland, NJ 07068
973-994-1700
jcecchi@carellabyrne.com

Hayashi v Volkswagen Group of America 2:15-CV-07060
Hunter J. Shkolnik
Napoli Bern Ripka Shkolnik LLP
350 Fifth Avenue
New York, NY 10118
212-267-3700
hunter@napolibern.com

Cunningham v Volkswagen Group of America, Inc 2:15-CV-07079
James E. Cecchi
Carella Byrne Cecchi Olstein Brody & Agnello PC
5 Becker Farm Road
Roseland, NJ 07068
973-994-1700
jcecchi@carellabyrne.com

Ford v Volkswagen Group of America Inc, 2:15-CV-07081
Jay J. Rice
Nagel Rice LLP
103 Eisenhower Parkway, Suite 201
Roseland, NJ 07068
973-618-0400
jrice@nagelrice.com

Armstrong v Volkswagen Group of America Inc, 2:15-CV-07085
Bryan L. Clobes
Cafferty Clobes Meriwether & Sprengel LLP
1101 Market Street, Suite 2650
Philadelphia, PA 19107
215-864-2800
bclobes@caffertyclobes.com

Steele v Volkswagen Group of America Inc, 2:15-CV-07086
Adam M. Slater
Mazie Slater Katz & Freeman
103 Eisenhower Parkway
Roseland, NJ 07068
973-228-9898
aslater@mskf.com

Firman v Volkswagen Group of America Inc, 3:15-CV-07106
Christopher Brendan Healy
Bathgate Wegener & wolf PC
One Airport Road
Lakewood, NJ 08701
732-363-0666
chealy@bathweg.com

Badeanlou v Volkswagen Group of America Inc, 2:15-CV-07108
James E. Cecchi
Carella Byrne Cecchi Olstein Brody & Agnello PC
5 Becker Farm Road
Roseland, NJ 07068
973-994-1700
jcecchi@carellabyrne.com

Peterson v Volkswagen Group of America Inc, 2:15-CV-07110
Bruce Daniel Greenberg
Lite Depalma Greenberg LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
973-623-3000
bgreenberg@litedepalma.com

Hart v Volkswagen Group of America Inc, 1:15-CV-07121
Franklin P. Solomon
Solomon Law Firm LLC
457 Haddonfield Road, Suite 500
Cherry Hill, NJ 08002
856-661-8400
fsolomon@franklinsolomonlaw.com

## New York – Eastern District

Clinton v Volkswagen Group of America 1:15-CV-05497
William Andrew Walsh
Wetz & Luxenberg
700 Broadway
New York, NY 10003
212-558-5836
wwalsh@weitzlux.com

Endy v Volkswagen Group of America 1:15-CV-05516
Jeffrey D. Sonnabend
Sonnabend Law
600 Prospect Avenue
Brooklyn, NY 11215
718-832-2767
JSonnabend@SonnabendLaw.com

Hildebrant v Volkswagen Group of America Inc, 2:15-CV-05568
Brett H. Cebulash
Taus Cebulash & Landau LLP
80 Maiden Lane, Suite 1204
New York, NY 10038
212-931-0704
bcebulash@tcllaw.com

## New York – Southern District

Fonte v Volkswagen Group of America 1:15-CV-07561
Vincent Roger Cappucci
Entwistle & Cappucci LLP
280 Park Avenue, 26th Floor West
New York, NY 10017
212-894-7200
vcappucci@entwistle-law.com

## North Carolina – Middle District

Monge v Volkswagen Group of America 1:15-CV-00792
Paul D. Coates
Pinto Coates Kyre & Bowers PLLC
3203 Brassfield Rd
Greensboro, NC 27410
336-282-8409
pcoates@pckb-law.com

## North Carolina – Western District

Vinson v Volkswagen Group of America 1:15-CV-00213
William B. Bystrynski
3201 Glenwood Ave, Suite 100
Raleigh, NC 27612
919-881-2111
bbystrynski@kirby-holt.com

## Ohio – Northern District

Kindsvatter v Volkswagen Group of America 5:15-CV-01958
Dennis R. Lansdowne
Spagenberg, Shibley & Liber
1001 Lakeside Avenue E, Ste 1700
Cleveland, OH 44114
216-696-3232
dlansdowne@spanglaw.com

Belliveau v Volkswagen Group of America, Inc 1:15-CV-01973
David Mullen
Connick Law
25550 Chagrin Blvd, Ste 101
Beachwood, OH 44122
216-609-3446
dmullen@connicklawllc.com

Lucas v Volkswagen Group of America 1:15-CV-01988
Daniel J. Myers
Myers Law
1660 West Second Street, Ste 610
Cleveland, OH 44112
216-236-8202
dmyers@myerslawllc.com

## Ohio – Southern District

Farmer v Volkswagen Group of America 1:15-CV-00615
Christian A. Jenkins
Minnillo & Jenkins LPA
2712 Observatory Avenue
Cincinnati, OH 45208
513-723-1600
cjenkins@minnillojenkins.com

Greene v Volkswagen Group of America 2:15-CV-02857
Jamie Greene Pro Se

## Oklahoma – Western District

Ivanoski v Volkswagen Group of America Inc 5:15-CV-01063
Carin L. Marcussen
Marcussen Law Firm PLLC
P.O. Box 714
Shawnee, OK 74802-0714
405-245-0111
clm@federmanlaw.com

## District of Oregon

Bricker v Volkswagen Group of America 3:15-CV-01785
David F. Sugarman
David F. Sugarman Attorney, PC
707 SW Washington Street, Suite 600
Portland, OR 97205
503-228-6474
david@davidsugerman.com

Downing-Moore v Volkswagen Group of America Inc, 6:15-CV-01825
Jennifer L. Jonak
Jonak Law Group PC
85100 Cloverdale Road
Creswell, OR 97426
510-501-6276
jenny@jonak.com

## District of Rhode Island

Stolz v Volkswagen Group of America Inc, 1:15-CV-00407
Jonathan D. Orent
Montley Rice LLC
321 Main St., Suite 200
Providence, RI 02903
401-457-7700
jorent@montleyrice.com

## District of South Carolina

Edwards v. Volkswagen Group of America Inc 2:15-CV-04003
Jodi W. Flowers
Motley Rice LLC
28 Bridgeside Boulevard
Charleston, SC 29403
843-216-9000
jflowers@montleyrice.com

## Tennessee – Eastern District

Henderson v Volkswagen Group of America 1:15-CV-00248
W. Heath Brooks
Siniard, Timberlake & League PC
125 Holmes Avenue
PO Box 2767
Huntsville, AL 35804
256-536-0770
heath.brooks@law-injury.com

Sonnenburg v Volkswagen Group of America 1:15-CV-00250
Gary R. Patrick
Patrick, Beard, Schulman & Jacoway, PC
537 Market Street, Suite 202
Chattanooga, TN 27402-1225
423-756-7117
gpatrick@pbsjlaw.com

Bullard v Volkswagen Group of America 1:15-CV-00251
J. Gerard Stranch, IV
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
615-254-8801
gerards@bsjfirm.com

Araujo v Volkswagen Group of America, Inc 1:15-CV-00252
J. Gerard Stranch, IV
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
615-254-8801
gerards@bsjfirm.com

De Romero v Volkswagen Group of America Inc, 1:15-CV-00253
Gordon Ball
W. Gordon Ball, Attorney at Law
550 W. Main Street, Suite 601
Knoxville, TN 37902
865-525-4679
gball@gordonball.com

Hess v Volkswagen Group of America Inc, 1:15-CV-00254
Mark P. Chalos
Lieff, Cabraser, Heimann & Bernstein LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
615-313-9000
mchalos@lchb.com

McCann v Volkswagen Group of America Inc, 1:15-CV-00255
J. Gerard Stranch, IV
Branstetter Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
615-254-8801
gerards@bsjfirm.com

## Tennessee – Middle District

Kurtz v Volkswagen Group of America, Inc 3:15-CV-01028
David W. Garrison
Barrett Johnston Martin & Garrison LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, Tn 37219
615-244-2202
dgarrison@barrettjohnston.com

## Texas – Southern District

Harris v Volkswagen Group of America 2:15-CV-00405
Robert C. Hilliard
Hilliard Munoz Gonzales LLP
719 S. Shoreline, Ste 500
Corpus, Christi, TX 78401
361-882-1612
bobh@hmglawfirm.com

## Utah – Central District

Caflett v Volkswagen Group of America 2:15-CV-00681
Andrew G. Deiss
Deiss Law PC
10 W 100 S Ste 700
Salt Lake City, UT 84101
801-433-0226
adeiss@deisslaw.com

Yeoman v Volkswagen Group of America Inc, 2:15-CV-00692
Mark S. Schwaz
PinPoint Law PLLC
75 E. 400 S. Ste 201
Salt Lake City, UT 84111
801-413-3442
mark@pinpointlaw.com

## Virginia – Eastern District

Steffensen v Volkswagen Group of America 1:15-CV-01218
Gregory Yann Porter
Bailey & Glasser LLP
910 17th Street, Suite 800
Washington , DC 20006
2002-543-0226
gporter@baileyglasser.com

Brewitt v Volkswagen Group of America Inc, 1:15-CV-01223
David Wallace Stanley
Cuneo Gilbert & LaDuca LLP
211 North Union Street, Suite 100
Alexandria, VA 22314
202-789-3960
davids@cuneolaw.com

Johnson v Volkswagen Group of America Inc, 1:15-CV-01225
Michael Weitzner
Cooper & Kirk PLLC
1523 New Hampshire Avenue NW
Washington, DC 20036
202-220-9600
mweitzner@cooperkirk.com

City of St. Clair Police v Volkswagen Group of America Inc, 1:15-CV-01228
Craig Crandall Reilly
Law Office of Craig C. Reilly
111 Oronoco St
Alexandria, VA 22314
703-549-5354
craig.reilly@ccreillylaw.com

## Virginia – Southern

Schafer v Volkswagen Group of America Inc, 2:15-CV-13460
Jodi W. Flowers
Motley Rice LLC
28 Bridgeside Boulevard
Charleston, SC 29403
843-216-9000
jflowers@montleyrice.com

## Washington – Western District

Sims v Volkswagen Group of America Inc 3:15-CV-05692
Stephen M. Hansen
Law Offices of Stephen M. Hansen
1821 Dock Street, Suite 103
Tacoma, WA 98402
253-302-5955
steve@stephenmhansenlaw.com

## Wisconsin – Western District

Anderson v Volkswagen Group of America Inc, 3:15-CV-00622
Breanne Leigh Snapp
Habush Habush & Rottier S.C
150 E. Gilman St,. #2000
Madison, WI 53703
608-255-6663
bsnapp@habush.com

Dated: September 30, 2015

Respectfully submitted,


/s/ *Richard D. McCune*
Richard D. McCune (*Pro Hac Vice* to be filed)
(State Bar No. 132124)
MCCUNEWRIGHT LLP
2068 Orange Tree Lane, Suite 216
Redlands, California  92374
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275
rdm@mccunewright.com

*Counsel for Plaintiffs* TODD MITSUDA, on
behalf of himself and all others similarly
situated